# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD CARTER PRICE** and **ELLEN BLACKMAN PRICE,**
Appellants,

v.

**PALM BEACH COUNTY,**
a political subdivision of the State of Florida, et al.,
Appellees.

No. 4D2024-1226

[October 23, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 2021CA009288.

Michael J. Tomkiewicz, Thomasina F. Moore, and Gino A. Luzietti of GrayRobinson, P.A., Tallahassee, for appellants.

Sean Fahey, Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for appellee Palm Beach County.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***